■

EASTERN TEXTILE CORPORATION, Appellant, v. RAYCREST MILLS, INC., Respondent. In the Matter of the Arbitration between RAYCREST MILLS, INC., Respondent, and EASTERN TEXTILE CORPORATION, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

In the Matter of the Arbitration between STERN, MORGENTHAU & Co., INC., Appellant, and J. A. KIRSCH Co., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

ELIZABETH PLOHN, Respondent, v. CHARLES PLOHN, Appellant.— Judgment unanimously modified so as to fix alimony at $15,000 per annum and, as so modified, affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

ELIZABETH PLOHN, Appellant, v. CHARLES PLOHN, Respondent.— Appeal, having become academic by virtue of the decision of this court in *Plohn* v. *Plohn* (*ante*, p. 1033), decided herewith, is dismissed. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

RUTH L. STERLING et al., Individually and on Behalf of All Other Holders of Preferred and Common Stock of 16 Park Avenue, Inc., Similarly Situated, Respondents, v. 16 PARK AVENUE, INC., Appellant, et al., Defendants.— Judgment unanimously modified so as to eliminate the second decretal paragraph imposing a perpetual injunction. The declaratory judgment that the preferred stockholders had voting rights destroys appellant's right to resubmit the proposal without affording preferred stockholders the right to vote, and the injunction might prove unnecessarily burdensome in unforeseen circumstances. As so modified, the judgment is affirmed. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

HENRY M. KANNEE et al., Trading as AMERICAN OCEANIC COMPANY, Appellants, v. NASSER AFSHAR, Doing Business as H. AFSHAR & Co., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

In the Matter of 100 PARK AVENUE, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [100 Park Ave., Borough of Manhattan.] — Order unanimously modified so as to fix the values for each of the years under review as follows:

| Land | Building | Total |
|---|---|---|
| $3,500,000 | $14,500,000 | $18,000,000 |

As so modified the order is affirmed. On this record the values now fixed are justified. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.